IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MACK-RAY, INC. | § § § | |
| Plaintiff, | § § | Case No: 5:10-cv-127 DF |
| v. | § § | |
| THE J.M. SMUCKER COMPANY, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| —————————————— | § § | |
| SEAQUIST CLOSURES, L.L.C., | § § | |
| Third Party Intervenor and Plaintiff, | § § § | |
| v. | § § | |
| MACK-RAY, INC. | § § § | |
| Defendant to Intervenor's Complaint. | § § | |

## REVISED DOCKET CONTROL ORDER

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 1 | Initial Case Management Conference | P. R. 2-1 FRCP 26(f) | February 22, 2011 at 10:30 a.m. |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | February 11, 2011<br><br>No later than 10 days before the initial management conference. |
| 3 | Patentee makes Document Production Accompanying Disclosure | P.R. 3-2 | February 11, 2011<br><br>Same as 2 |
| 4 | Initial Disclosures | FRCP 26(a)(1) | March 22, 2011<br><br>At or within 14 days of initial management conference |

| 5 | Accused Infringer serves Preliminary Invalidity Contentions | P.R. 3-3 | March 29, 2011<br><br>Not later than 45 days after Patentee serves preliminary infringement contentions |
|---|---|---|---|
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | P.R. 3-4 | March 29, 2011<br><br>Same as 5 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | April 8, 2011<br><br>Not later than 10 days after Accused infringer serves preliminary invalidity contentions |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | April 14, 2011<br><br>After 7 but before 9 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | P. R. 4-1(b) | April 21, 2011<br><br>After 8 but before 11 |
| 10 | Deadline for early mediation at the Parties' request | | |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2 | April 28, 2011<br><br>Not later than 20 days after 7 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2(c) | May 12, 2011<br><br>After 11 but before 13 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | P. R. 4-3 | May 31, 2011<br><br>Not later than 60 days after 5 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 | | May 31, 2011<br><br>Same as 13 |

|    |                                                                                                                                                    |            |                                                                                                                      |
| -- | -------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- | -------------------------------------------------------------------------------------------------------------------- |
|    | days before the deadline for filing dispositive motions                                                                                            |            |                                                                                                                      |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for dispositive motions             |            |                                                                                                                      |
| 16 | Completion of Claim Construction Discovery                                                                                                         | P. R. 4-4  | June 30, 2011<br><br>Not later than 30 days after 13                                                                 |
| 17 | Patentee files opening claim construction brief                                                                                                    | P R. 4-5(a) | July 15, 2011<br><br>Not later than 45 days after 13                                                                |
| 18 | Accused Infringer files responsive claim construction brief                                                                                        | P. R. 4-5(b) | July 29, 2011<br><br>Not later than 14 days after 17                                                               |
| 19 | Patentee files reply brief on claim construction                                                                                                   | P. R. 4-5(c) | August 5, 2011<br><br>Not later than 7 days after 18                                                               |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction                                                             |            | August 12, 2011<br><br>Not later than 7 days after 19                                                                |
| 21 | Parties file Joint Claim Construction Chart                                                                                                        | P. R. 4-5(d) | August 19, 2011<br><br>At least 10 days before Claim Construction Hearing                                          |
| 22 | Pre-hearing Conference and technical tutorial if necessary                                                                                         |            | August 31, 2011<br><br>The day before the Claim Construction Hearing or the day of the Claim Construction Hearing   |
| 23 | Claim Construction Hearing                                                                                                                         | P. R. 4-6  | August 31, 2011 at 9:00 AM                                                                                           |
| 24 | Court's Claim Construction Ruling                                                                                                                  |            | On or about (3 weeks after 23) subject to the Court's scheduling and/or use of a technical advisor **<DO NOT PUT IN A DATE>** |
| 25 | Patentee makes Final                                                                                                                               | P. R. 3-6(a) |                                                                                                                      |

| | | | |
|---|---|---|---|
| | Infringement Contentions | | On or about 30 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 26 | Accused Infringer serves Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 28 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | On or about 50 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 29 | Accused Infringer makes disclosure relating to willfulness | P.R. 3-7 | On or about 50 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 30 | Accused Infringer makes Final Unenforceability Contentions | | On or about 60 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pretrial conference | | On or about 80 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | On or about 90 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | On or about 110 days after claim construction ruling **<DO NOT PUT IN A DATE>** |
| 34 | Deadline for late mediation at the Parties' request | | |
| 35 | Deadline for completion of expert discovery | | 30 days after rebuttal expert testimony |

| 36 | Deadline for objections to other parties' expert Witnesses | | After 35 |
|---|---|---|---|
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before the initial pretrial conference | | At least 75 days before initial pretrial conference |
| 38 | Deadline for filing all *Daubert* motions | | Same as 37 |
| 39 | Deadline for parties to make pretrial disclosures | | At least 30 days before initial pretrial conference |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | At least 30 days before initial pretrial conference |
| 41 | Defendant and Thirdparties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | At least 30 days before initial pretrial conference |
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions | | At least 2 weeks before initial pretrial conference |

| | | | |
|---|---|---|---|
| | in Limine, deposition designations, and exhibits. | | |
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | **Court will set at a later date.** |
| 44 | Final Pretrial Conference before Chief Judge David Folsom | | April 2, 2012 |
| 45 | Jury Selection before Chief Judge David Folsom | | April 3, 2012 |

**SIGNED this 28th day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE